IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**UNION INSURANCE COMPANY,**
An Iowa corporation,

    Plaintiff,

v.                                                    No.: 1:17-cv-00109-MV-SCY

**CURB SOUTH, LLC,** a New Mexico limited
liability company, **THE CINCINNATI INSURANCE
COMPANY,** an Ohio corporation, **DANNY WEST,
MARSHA WEST, JESUS SEDILLOS, JOYCE
SEDILLOS, TERRY HERTZ, BRYAN MARTINEZ,
ADELITA MARTINEZ, and DEPAAK SHAH,**

    Defendants.


### ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

**THIS MATTER HAVING COME** before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well-taken and should be **GRANTED**.

**THE COURT FINDS** that there is no objection from any party to dismissal with prejudice of Plaintiff's Complaint and the Counterclaims and Cross-Claims, and all claims that were or could have been asserted therein.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that pursuant to Fed.R.Civ.P.41(a), Plaintiff's Complaint, the Counterclaims and Cross-Claims, and all causes of action that were or could have been alleged therein in the above-captioned matter, be and hereby are dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE


Approved:

**CHAPMAN AND PRIEST P.C.**

*/s/Donna L. Chapman*
Donna L. Chapman
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87199
(505) 242-6000
donna@cclawnm.com
jessica@cclawnm.com
*Attorneys for The Cincinnati Insurance Company*


*Electronically approved 11/2/17*
Daniel W. Lewis
Allen, Shepherd, Lewis & Syra, P.A.
P. O. Box 94750
Albuquerque, NM 87199-4750
505-341-0110
dlewis@allenlawnm.com
*Attorneys for Plaintiff*

*Telephonically approved 12/6/17*
Jerrald J. Roehl
Katherine C. Roehl
The Roehl Law Firm, P.C.
300 Central Avenue SW, Suite 2500E

Albuquerque, NM 87102
*Attorneys for Defendant Homeowners*


<u>Electronically approved 12/1/17</u>
Richard M. Leverick
Leverick & Musselman, LLC
5120 San Francisco Rd. NE, #8
Albuquerque, NM 87109
rleverick@levemuss.com

And

Rebecca DiMasi
Shidlofsky Law Firm, PLLC
7200 North Mopac Expressway, Suite 430
Austin, TX 78731
rebecca@shidlofskylaw.com
*Attorneys for Defendant Curb South*